United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 26-1246** **September Term, 2026**

**EPA-90FR1998**
**EPA-88FR72461**

**Filed On: September 22, 2026** **[2194329]**

State of California,

Petitioner

v.

Environmental Protection Agency and Lee M. Zeldin, in his official capacity as Administrator of the U.S. Environmental Protection Agency,

Respondents

**N O T I C E**

This case was docketed on September 18, 2026. The Environmental Protection Agency is hereby notified that the attached is a true copy of the petition for review, which was filed on September 18, 2026, in the United States Court of Appeals for the District of Columbia Circuit, in the above-captioned case.

The Clerk is directed to transmit a copy of this notice, along with the petition for review, to respondents.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Francis A. Walter
Deputy Clerk

Attachment:
Certified Copy of Petition for Review